2023-13104

**M**

Section 13

FILED
2023 DEC 05  P 04:20
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. _____                                           DIVISION: "    "

**VICTORIA LABRUZZO**

**VERSUS**

**ACE AMERICAN INSURANCE COMPANY, TAYLOR FARMS TEXAS, INC., TAYLOR FRESH FOODS, INC., AND JESSE OLIVARES**

FILED: _____                        _____
                                            DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **VICTORIA LABRUZZO** ("Petitioner"), a person of the full age of majority, resident of and domiciled in the state of Louisiana, who hereby files this Petition and represents the following:

1.

**Made Defendants herein are:**

A) **ACE AMERICAN INSURANCE COMPANY**, ("ACE") a foreign insurance company, which upon information and belief, is the insurance provider for co-defendants TAYLOR FARMS TEXAS, INC. and JESSE OLIVARES;

B) **TAYLOR FARMS TEXAS, INC.** ("Taylor Farms"), a foreign corporation, which, at all times relevant herein, was the employer of co-defendant JESSE OLIVARES, and which independently caused Petitioner's damages;

C) **TAYLOR FRESH FOODS, INC.** ("Taylor Fresh Foods"), a foreign corporation, which, alternatively, was the employer of co-defendant JESSE OLIVARES, and which, alternatively independently caused Petitioner's damages;

D) **JESSE OLIVARES** ("Mr. Olivares"), a foreign individual of the full age of majority, who caused Petitioner's damages.

2.

Under Louisiana Code of Civil Procedure article 74, venue is proper in the Parish of Orleans because the wrongful conduct occurred, and the damages were sustained in this matter in the Parish of Orleans.

EXHIBIT
A

VERIFIED
Amber Sheeler
2023 DEC 06  P 12:06

E-Filed

1

Case 2:24-cv-00368-CJB-DPC  Document 1-1  Filed 02/09/24  Page 2 of 10

2023-13104

M

Section 13

FILED
2023 DEC 05  P 04:20
CIVIL
DISTRICT COURT

3.

Petitioner files suit to recover damages she has sustained as a result of a motor vehicle collision that Defendant Mr. Olivares caused while, upon information and belief, he was in the course and scope of his employment with co-defendant Taylor Farms or Taylor Fresh Foods. Defendants are liable to Petitioner for an amount sufficient to fully compensate her for all general and special damages, as well as legal interest and court costs, judicial interest, and any other reasonable damages, for the following reasons:

4.

On December 7, 2022, Petitioner Victoria LaBruzzo was driving westbound on Chartres Street in New Orleans, Louisiana.

5.

At the same time, Defendant Olivares was also driving westbound on Chartres Street in front of Petitioner. Upon information and belief, Defendant Olivares was driving within the course and scope of his employment with co-defendant Taylor Farms, or alternatively, with co-defendant Taylor Fresh Foods.

6.

Around the intersection of Chartres Street and Clouet Street, Defendant Olivares stopped and attempted to back up his vehicle, when he suddenly crashed into Petitioner's vehicle.

7.

As the driver of a motor vehicle, Defendant Olivares had a duty to operate his vehicle with diligence and care. Defendant Olivares breached that duty through his negligent and/or reckless driving, which consists more particularly, but not exclusively, of the following:

   a) Failure to keep a proper lookout for other vehicles in order to avoid a collision;
   b) Failure to maintain control of his vehicle so as to prevent it from striking Petitioner's vehicle;
   c) Failure to apply the brakes of his vehicle timely and properly so as to bring it to a stop before striking Petitioner's vehicle;
   d) Failure to back his vehicle in a safe manner in violation of La. R.S. 32:281;
   e) Violating City and State traffic laws and ordinances;
   f) Reckless operation of a motor vehicle; and

Case 2:24-cv-00368-CJB-DPC   Document 1-1   Filed 02/09/24   Page 3 of 10

2023-13104

**M**

Section 13

FILED
2023 DEC 05  P 04:20
CIVIL
DISTRICT COURT

g) Any other acts and omissions in contravention of the exercise of due care and the laws of Louisiana that Defendants may become aware of during discovery in this matter.

8.

As a result of Defendant Olivares crashing into her vehicle, Petitioner has suffered bodily injuries to her back, neck, and arm; headaches; pain and suffering from those injuries; medical expenses; mental anguish; loss of enjoyment of life; property damage; and any other damages that Defendants may become aware of during discovery in this matter.

9.

Upon information and belief, at the time of this collision, Defendant Olivares was an employee of either co-defendant Taylor Farms, or, alternatively, Taylor Fresh Foods, and he was driving within the course and scope of his employment with Taylor Farms or Taylor Fresh Foods.

10.

Defendant Taylor Farms, or, alternatively, Defendant Taylor Fresh Foods, is therefore liable to Petitioner under the doctrine of *respondeat superior* and Louisiana Civil Code article 2320, *et seq.*, for the negligence and other fault of its employee, Defendant Olivares, jointly, severally, and *in solido*.

11.

Defendant Taylor Farms, or, alternatively, Defendant Taylor Fresh Foods, is also independently liable to Petitioner jointly, severally, and *in solido*, for her injuries and damages due to its own negligent acts and/or omissions, which consist more particularly of the following:

a) Negligently hiring a careless driver, Mr. Olivares;

b) Failure to properly or adequately supervise Mr. Olivares;

c) Failure to properly or adequately train Mr. Olivares;

d) Negligently sending a careless agent, Mr. Olivares, on a mission;

e) Negligently entrusting Mr. Olivares to operate a vehicle; and

f) Any other acts and omissions in contravention of the exercise of due care, prudence, and the laws of Louisiana that that Defendants may become aware of during discovery in this matter.

12.

Upon information and belief, at all times relevant herein, Defendant ACE had in force and

3

2023-13104

**M**

Section 13

FILED
2023 DEC 05  P 04:20
CIVIL
DISTRICT COURT

effect an insurance policy issued to Defendants Taylor Farms, Taylor Fresh Foods, or Mr. Olivares, providing liability insurance coverage for the motor vehicle collision in question. ACE is therefore liable jointly, severally, and *in solido* for the damages that Petitioner has suffered.

**WHEREFORE**, Petitioner prays that a copy of this Petition be served on Defendants, that they be cited to appear and answer same, and that, in due course, there be judgement rendered against them in favor of Petitioner, in an amount to be determined by the trier of fact, which will fully compensate Petitioner for all general and special damages suffered, including but not limited to, legal interest from date of judicial demand and all costs of these proceedings.

### REQUEST FOR NOTICE

Petitioner further prays that, in accordance with La. C.C.P. Art. 1572, the Court give written notice by certified mail at least ten (10) days in advance of the date fixed for the trial and/or hearing of the case, whether on exceptions, motions, rules, or the merits. Petitioner also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by La. C.C.P. Arts. 1913 and 1914 including notice of judgment in the event this case be taken under advisement or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted:
**EGENBERG, APLC**

*/s/ Bradley Egenberg*

BRADLEY EGENBERG (#29848)
BEN BERMAN (#36798)
DANIELLE MACKIE (#38826)
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:   (504) 229-5700
Facsimile:    (504) 617-7911
Email:         lacourtfilings@egenberg.com
***Attorneys for Petitioner Victoria LaBruzzo***

**PLEASE SERVE:**

ACE AMERICAN INSURANCE COMPANY
*Through the Louisiana Secretary of State:*
8585 Archives Ave.
Baton Rouge, LA 70809

[SERVICE INSTRUCTIONS CONTINUED ON NEXT PAGE]

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

TAYLOR FARMS TEXAS, INC.
*Through its Registered Agent for Service of Process:*
Corpamerica, Inc.
251 Little Falls Dr.
Wilmington, DE 19808

TAYLOR FRESH FOODS, INC.
*Through its Registered Agent for Service of Process:*
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

JESSE OLIVARES
*Please issue Citation for Service via Louisiana Long-Arm Statute*
3404 Magnolia Dr.
Porter, TX 77365

ATTORNEY'S NAME: Egenberg, Bradley J 29848
AND ADDRESS: 650 Poydras Street Suite 2000, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2023-13104           DIVISION: M           SECTION: 13

### LABRUZZO, VICTORIA

Versus

### ACE AMERICAN INSURANCE COMPANY ET AL

### CITATION

TO: ACE AMERICAN INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 7, 2023

Clerk's Office, Room 402           CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building              The Civil District Court
421 Loyola Avenue                  for the Parish of Orleans
New Orleans, LA 70112              State of LA
                                   by _____
                                   Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the within PETITION FOR DAMAGES ON ACE AMERICAN INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE | On this ____ day of ____ served a copy of the within PETITION FOR DAMAGES ON ACE AMERICAN INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE |
| Returned the same day No. ____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ACE AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of ____ | Returned the same day No. ____ |
| Mileage: $ ____ | Deputy Sheriff of ____ |
| / ENTERED / | |
| PAPER   RETURN | |
| SERIAL NO.   DEPUTY   PARISH | |

A TRUE COPY
ID: 11285463
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Egenberg, Bradley J 29848
AND ADDRESS: 650 Poydras Street Suite 2000, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2023-13104　　　DIVISION: M　　　SECTION: 13

### LABRUZZO, VICTORIA

Versus

### ACE AMERICAN INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: OLIVARES, JESSE
THROUGH: THE LOUISIANA LONG ARM STATUTE
3404 MAGNOLIA DR., PORTER, TX 77365

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 7, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Valerie West, Deputy Clerk

---

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON OLIVARES, JESSE THROUGH: THE LOUISIANA LONG ARM STATUTE　　Returned the same day　　No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER　　RETURN / SERIAL NO.　　DEPUTY　　PARISH | On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON OLIVARES, JESSE THROUGH: THE LOUISIANA LONG ARM STATUTE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said OLIVARES, JESSE being absent from the domicile at time of said service.　　Returned the same day　　No. _____ Deputy Sheriff of _____ |

ID: 11285494

A TRUE COPY
[signature]
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 1 of 1

ATTORNEY'S NAME: Egenberg, Bradley J 29848
AND ADDRESS: 650 Poydras Street Suite 2000, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2023-13104 | DIVISION: M | SECTION: 13 |
|---|---|---|

### LABRUZZO, VICTORIA

Versus

### ACE AMERICAN INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: TAYLOR FRESH FOODS, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE
251 LITTLE FALLS DR., WILMINGTON, DE 19808

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 7, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON TAYLOR FRESH FOODS, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN / / SERIAL NO.   DEPUTY   PARISH | On this ____ day of _____ served a copy of the within PETITION FOR DAMAGES ON TAYLOR FRESH FOODS, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TAYLOR FRESH FOODS, INC. being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 11285493

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 1 of 1

ATTORNEY'S NAME: Egenberg, Bradley J 29848
AND ADDRESS: 650 Poydras Street Suite 2000, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-13104     DIVISION: M     SECTION: 13

### LABRUZZO, VICTORIA

Versus

### ACE AMERICAN INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO:     TAYLOR FARMS TEXAS, INC.
THROUGH:     THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPAMERICA, INC.
251 LITTLE FALLS DR., WILMINGTON, DE 19808

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 7, 2023

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON TAYLOR FARMS TEXAS, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPAMERICA, INC. Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER  RETURN  / / SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON TAYLOR FARMS TEXAS, INC. THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPAMERICA, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said TAYLOR FARMS TEXAS, INC. being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 11285492

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Page 1 of 1