UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA LABRUZZO | CIVIL ACTION |
| VERSUS | NO. 24-368 |
| ACE AMERICAN INSURANCE COMPANY ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing joint *Final Motion to Dismiss with Prejudice* **(Rec. Doc. 13)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the above-entitled and numbered case be and it hereby is **DISMISSED with prejudice** as to Plaintiff Victoria Labruzzo Nelson and all Defendants, Jesse Olivares, Taylor Farms Texas, Inc., Taylor Fresh Foods, Inc., and ACE American Insurance Company, as to all demands principal and incidental, with all parties to bear their own costs.

New Orleans, Louisiana, this 19th day of November, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE